**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO. 4:19-CR-00677-DPM** |
| ) | |
| ) | |
| **JUSTIN THABIT** ) | |

**ENTRY OF APPEARANCE**

Michael Kaiser of Lassiter & Cassinelli hereby enters his appearance as counselor of record for the Defendant, Justin Thabit.

Respectfully submitted,

Michael Kaiser
Bar Number 2015001
Attorney for Defendant
**LASSITER & CASSINELLI**
300 S. Spring St., Ste. 800
Little Rock, AR 72201
Telephone: (501) 370-9300
E-mail: michael@lcarklaw.com